Opinion filed February 7, 1934.

Andrew R. Sherriff, for plaintiff in error. Walter E. Beebe, for defendant in error.

Mr. Justice Wilson delivered the opinion of the court.

Clara A. Crozier, complainant, v. Freeman Coal Mining Company et al., defendants.

James W. McElvain et al., cross complainants, appellees, v. Freeman Coal Mining Company et al., cross defendants, on appeal of Maclay Hoyne, appellant. Gen. No. 36,662.

Opinion filed February 7, 1934.

Winston, Strawn & Shaw, for appellant; John D. Black, of counsel. Kemper K. Knapp, for certain appellee. John J. Healy and John H. S. Lee, for certain other appellees.

Mr. Justice Wilson delivered the opinion of the court.

Elinore Fitzsimmons, appellee, v. Almore Dye House, appellant. Gen. No. 36,682.

Opinion filed February 7, 1934.

Cochrane & George, for appellant. William A. Hanson, for appellee.

Mr. Justice Wilson delivered the opinion of the court.

Charles E. Mallers, appellee, v. Yellow Cab Company, appellant. Gen. No. 36,742.

Opinion filed February 7, 1934.

. Samuels, Greenberg, Wolfe & Solomon, for appellant; Sidney M. Glick, of counsel. Joseph H. Hinshaw, for appellee; Oswell G. Treadway, of counsel.

Mr. Justice Wilson delivered the opinion of the court.

Clara A. Crozier, complainant, appellee, v. Freeman Coal Mining Company et al., defendants.

James W. McElvain et al., cross complainants, appellees, v. Freeman Coal Mining Company et al., cross defendants, on appeal of Maclay Hoyne, appellant. Gen. No. 36,958.